No. 6558.

GARCIA BORDELON VS. G. P. BLANCAND ET ALS.

Pending a suit against a father by his creditor, he sold to his son a stock of goods, acknowledging receipt of the purchase price. The son was under eighteen years then, but attained that age shortly thereafter, and was judicially emancipated. The father continued to frequent the store, and sometimes acted as salesman, and transacted business connected with the store, and to him the license for the business was issued after the sale to the son. The creditor issued execution upon his judgment as soon as obtained, and had it levied upon the goods, and the sale was injoined by the son claiming ownership.

*Held,* the simulation was manifest, and a judgment of the court below dissolving the injunction with damages was affirmed.

APPEAL from the District Court for Avoyelles.   HEWES, J.

*Joffrion, Barbin* and *Frith* for Plaintiff and Appellant.   *Irion & Thorpe* for Defendant.

EGAN, J., delivered the opinion affirming the judgment below

No. 6738.

W. P. O'HARA VS. HIBERNIA INS. CO.

The defendant was enforcing a mortgage upon real property by executory process, when the plaintiff injoined on the allegation that he is the owner of the lot under a title translative of property, derived from a tax sale, *held,* until that sale is set aside by a proper action, contradictorily with the parties in interest, the title from the State's officer is presumed to be valid.  Lawnes *v.* Work. Bank, 29 La. Ann. 112; Constitution, Art. 118; Sess. Acts 1871, p. 120.

APPEAL from the Fifth District Court of New Orleans.   ROGERS, J.

*Upton* for Plaintiff Appellant.   *Gilmore & Sons* for Defendant.

MANNING, C. J., delivered the opinion, reversing the judgment, and remanding the case.